# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:  May 18, 2026

KELVIN NTOKOZO MATOBELA,           )
                                   )
               Petitioner,         )
                                   )
-vs-                               )        Case No. CIV-26-156-SLP
                                   )
SCARLET GRANT, et al.,             )
                                   )
               Respondents.        )

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 13] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court

By:_____  s/ Lori Gray_____
              Deputy Clerk