# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

KELVIN NTOKOZO MATOBELA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. CIV-26-156-SLP
　　　　　　　　　　　　　　　　　　)
SCARLET GRANT, et al.,　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Respondents.　　　　　　　　)

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 13] (R&R) of United States Magistrate Judge Amanda L. Maxfield entered May 15, 2026.  Judge Maxfield advised the Respondents of their right to object to the R&R and directed any objections be filed on or before May 22, 2026.  Judge Maxfield further advised the Respondents that any failure to object would waive their right to appellate review of the factual and legal issues addressed in the R&R.

The Respondents have neither filed an objection nor sought an extension of time in which to do so.  Therefore, the Court finds that the Respondents have waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is ADOPTED in its entirety and Petitioner shall be **released immediately.**

A separate judgment shall be entered.

IT IS SO ORDERED this 29th day of May, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**